<div align="center">

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

</div>

| | |
|---|---|
| JANE DOE (C.T.K.), AN INDIVIDUAL, | |
| Plaintiff, | **Civil Action No.: 2:25-cv-01274-WCG** |
| v. | |
| CHOICE HOTELS INTERNATIONAL, INC., *et al.* | |
| Defendants. | |

<div align="center">

**CHOICE HOTELS INTERNATIONAL, INC., AND CHOICE HOTELS
INTERNATIONAL SERVICES CORP.'S
<u>MOTION TO DISMISS SECOND AMENDED COMPLAINT</u>**

</div>

Defendants Choice Hotels International, Inc. and Choice Hotels Services Corp. (together, "Choice" or "Franchisor")[1] respectfully seek dismissal, under Federal Rule of Civil Procedure 12(b)(6), of Plaintiff's Second Amended Complaint (Doc. No. 78). A memorandum of law is enclosed with this Motion. For the reasons given in that Motion, Choice respectfully requests that the Court dismiss Plaintiff's claims against Choice with prejudice.

<div style="margin-left: 50%;">

*/s/ Sara M. Turner*
Sara M. Turner (*pro hac vice* forthcoming)
BAKER, DONELSON, BEARMAN, CALDWELL,
& BERKOWITZ PLLC
1901 6th Avenue North
Suite 2600
Birmingham, Alabama 35203
Phone: (205) 328-0480
Fax: (205) 488-3716
smturner@bakerdonelson.com

Julia B. Semenak (State Bar No. 1067234)
Frederick J. Strampe (State Bar No. 1029795)

</div>

---

[1] Choice Hotel Services Corp. has been improperly named in this lawsuit. It is a holding corporation which plays no role in any of Plaintiff's allegations.

Borgelt, Powell, Peterson & Frauen, S.C.
1243 N. 10th Street, Suite 300
Milwaukee, WI 53205
Phone (414) 276-3600
jsemenak@borgelt.com

*Counsel for Choice Hotels International, Inc.
and Choice Hotels Services Corp.*

**CERTIFICATE OF SERVICE**

I, Julia Semenak, certify that on April 3, 2026, I caused the foregoing Motion to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*Julia Semenak*
Julia Semenak